

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Grove Estates, LP in Nos. 49 MAP 2013, 53 MAP 2013, 54 MAP 2013.

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Maximus Fugacious, LLC in Nos. 51 MAP 2013, 56 MAP 2013.

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Timothy F. Pasch, Inc. in Nos. 50 MAP 2013, 52 MAP 2013, 55 MAP 2013, 57 MAP 2013.

Andrew Joseph Benchoff, Esq., Donald L. Kornfield, Esq., Kornfield & Benchoff, L.L.P., Waynesboro, John N. Keller, Esq., Keller, Keller and Beck, L.L.C., Waynesboro, for Graystone Bank.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of November, 2013, the order of the Superior Court is hereby **AFFIRMED.**

Justice STEVENS did not participate in the consideration or decision of this case.

Frances KEENE

v.

**WORKERS' COMPENSATION APPEAL BOARD (OGDEN CORPORATION).**

**Petition of Ogden Corporation.**

Supreme Court of Pennsylvania.

Dec. 9, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 9th day of December, 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the mat-

ter is remanded for reconsideration in light of *City of Pittsburgh and UPMC Benefit Management Services, Inc. v. Workers' Compensation Appeal Board (Robinson)*, —— Pa. ——, 67 A.3d 1194 (2013). The Petition for Supersedeas is **DENIED.**

■

**CITY OF PITTSBURGH and UPMC Benefit Management Services, Inc., Petitioners**

v.

**WORKERS' COMPENSATION APPEAL BOARD (MARI-NACK), Respondent.**

Supreme Court of Pennsylvania.

Dec. 9, 2013.

### *ORDER*

PER CURIAM.

AND NOW, this 9th day of December, 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the matter is remanded for reconsideration in light of *City of Pittsburgh and UPMC Benefit Management Services, Inc. v. Workers' Compensation Appeal Board*

*(Robinson)*, —— Pa. ——, 67 A.3d 1194 (2013).

■

**CITY OF PITTSBURGH and UPMC Benefit Management Services, Inc., Petitioners**

v.

**WORKERS' COMPENSATION APPEAL BOARD (DARWIN), Respondent.**

Supreme Court of Pennsylvania.

Dec. 9, 2013.

### *ORDER*

PER CURIAM.

AND NOW, this 9th day of December, 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the matter is remanded for reconsideration in light of *City of Pittsburgh and UPMC Benefit Management Services, Inc. v. Workers' Compensation Appeal Board*